# UNITED STATES DISTRICT COURT

_____DISTRICT OF_____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**EDDY LOPEZ**
**A/K/A "SWIFT"**

WARRANT FOR ARREST
Case Number:

2004 M 0444 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **EDDY LOPEZ, A/K/A "SWIFT"**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**BEING A FELON IN POSSESSION OF A FIREARM,**
**DISTRIBUTION OF HEROIN, AND**
**DISTRIBUTION OF COCAINE**

in violation of Title ___21___ United States Code, Section(s) __922(g)(1) and 841(a)__

**ROBERT B. COLLINGS**
Name of Issuing Officer

_/s/_
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**Boston, MA;   January 19, 2004**
Date and Location

Bail fixed at $ _____   BY   HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420

RETURN

| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT | |
|---|---|
| WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/20/04 | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |