UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CRIMINAL NO. 04-10042-JLT |
| v. | ) ) | VIOLATIONS |
|  | ) | 18 U.S.C. §1028(a)(2) |
| ELIOMAR DEOLIVEIRA ALVES | ) ) ) | (Transfer of False Identification Documents) |

INDICTMENT

COUNT ONE:     18 U.S.C. §1028(a)(2) - Transfer of False
               Identification Documents

The Grand Jury charges that:

On October 20, 2003, at Allston, in the District of

Massachusetts,

ELIOMAR DEOLIVEIRA ALVES,

the defendant herein, did knowingly transfer false identification

documents, to wit: three counterfeit Social Security

Administration account number cards and three counterfeit alien

registration cards, which appeared to be issued by or under the

authority of the United States, knowing that such documents were

produced without lawful authority.

All in violation of Title 18, United States Code, Section

1028(a)(2).

1

COUNT TWO:          18 U.S.C. §1028(a)(2) - Transfer of False
                    Identification Documents

The Grand Jury further charges that:

On or about October 21, 2003, at Allston, in the District of

Massachusetts,

**ELIOMAR DEOLIVEIRA ALVES,**

the defendant herein, did knowingly transfer false identification

documents, to wit: two counterfeit Social Security Administration

account number cards and two counterfeit alien registration

cards, which appeared to be issued by or under the authority of

the United States, knowing that such documents were produced

without lawful authority.

All in violation of Title 18, United States Code, Section

1028(a)(2).

2

**COUNT THREE:**    18 U.S.C. §1028(a)(2) - Transfer of False
                    Identification Documents

The Grand Jury further charges that:

On or about December 17, 2003, at Somerville, in the District of Massachusetts,

**ELIOMAR DEOLIVEIRA ALVES,**

the defendant herein, did knowingly transfer false identification documents, to wit: five counterfeit Social Security Administration account number cards and five counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

3

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, February 18, 2004.


Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk        12:50P

4