# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                      CRIMINAL NO. 2004-10042-JLT

ELIOMAR CARLOS DeOLIVEIRA ALVES,
      Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on April 5, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B).  Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is extended to cob 5/3/2004.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

>discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*
>
>(3)   No.
>
>(4)   Any non-discovery type motions shall be filed *on or before the close of business on Monday, May 17, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.
>
>(5)   *See* Order of Excludable Delay entered this date.
>
>(6)   A trial will probably not be necessary; a trial would take four days.
>
>(7)   The Final Status Conference is set for *Tuesday, May 18, 2004 at 2:00 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

>(1)   *See* ¶¶ (1)-(4), *supra.*
>
>(2)   It does not.
>
>(3)   None.
>
>(4)   *See* Order of Excludable Delay entered this date.
>
>(5)   Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 5, 2004.