# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                     CRIMINAL NO. 2004-10042-JLT

ELIOMAR CARLOS DeOLIVEIRA ALVES,
        Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/18/2004 - Indictment returned.

2/24/2004 - Arraignment

2/25 - 3/23/2004 - Excluded as per L.R. 112.2(A)(2)

4/5/2004 - Conference held.

4/6 - 5/17/2004 -     Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 17, 2004, SEVENTEEN (17) non-excludable days will have occurred leaving FIFTY-THREE (53) days left to commence trial so as to

be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

April 5, 2004.