UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

APR 2... 2004

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
v. ) CRIMINAL NO. 04-10042-JLT
)
ELIOMAR DEOLIVEIRA ALVES. )
)

**DEFENDANT'S MOTION TO EXTEND
THE TIME TO REQUEST DISCOVERY
AND TO POSTPONE FINAL STATUS HEARING**

Defendant Eliomar Alves hereby moves to extend the time to request discovery and to postpone the final status hearing in this case. In support thereof, defendant says as follows:

1. Currently, defendant is required to serve his requests for discovery, pursuant to Local Rule 116.3(A), on May 3 and the final status hearing is scheduled for May 18, 2004.

2. The Government has produced to defendant copies of numerous audio and video tapes. Defense counsel needs more time to review this material.

3. Accordingly, defendant requests that the Court extend the time to serve these requests for 30 days, or until June 2, 2004, and to extend the time for final status hearing for a date during the week of June 14.

APR 30 2004

ALLOWED. Status/final conference continued to 6/15/04 at 11:30 a.m.

/s/ RBC
M.J.

4. Counsel has conferred with the Government attorney who does not oppose this request. The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

Respectfully submitted,

*/s/ Max D. Stern*
Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: April 28, 2004

G:\SSWG\ALVES\extend time mot.wpd

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 4/28/04

*/s/ Max D. Stern*

-2-