UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10042-JLT |
| ) | |
| ELIOMAR DEOLIVEIRA ALVES. ) | |

### DEFENDANT'S MOTION FOR APPOINTMENT
### OF LEARNED IMMIGRATION COUNSEL

Defendant Eliomar Alves requests that the Court appoint immigration counsel to aid the undersigned counsel in preparing the defense in this case. In support thereof, defendant says as follows:

1. The defendant in this case is charged with transfer of false identification documents, in violation of 18 U.S.C. §1028(a)(2), including counterfeit alien registration cards. Defendant is himself a permanent resident of the United States, as is his wife and child.

2. It will be crucial in advising the defendant as to a number of important matters and decisions to understand the consequences to his immigration status and that of his family. Since undersigned counsel is not qualified in the specialty of immigration law, he seeks by this motion to obtain the assistance of learned immigration counsel. Appointment of co-counsel in such a situation is authorized under VII Admin. Office of U.S. Courts, §2.11 (2001). A similar motion was recently granted by Chief Judge Young in United States v. Montano, Cr.No. 99-10195-WGY (docket excerpt attached).

3. Defendant proposes appointment of Lenore Glaser, Esq., who has expressed a willingness to assist in this case. Ms. Glaser is on the District Court CJA list. Her role will be limited to providing advice on immigration issues, and to perform whatever research is necessary for that function.

4. Counsel has conferred with the government's attorney, who does not oppose this request.

Respectfully submitted,

Max D. Stern

Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
& Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: April 28, 2004

G:\SSWG\ALVES\Learned co-counsel mot.wpd

**CERTIFICATE OF SERVICE**

**I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (~~by hand~~) on this date 4/28.**

Max D. Stern

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:99-cr-10195-WGY-ALL

Case title: USA v. Montano
Other court case number(s): None
Magistrate judge case number(s): None

Date Filed: 06/17/99

---

**Assigned to:** Chief Judge William G. Young
**Referred to:**

### Defendant(s)

---

**Nellie Montano (1)**        represented by    **Charles P. McGinty**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02110
617-223-8061
Fax : 617-223-8080
Email: charles_mcginty@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Lenore Glaser**
Law Office of Lenore Glaser
25 Kingston Street, 6th Floor
Boston, MA 02111-2022
617-753-9988
Fax : 617-338-2115
Email: lglaser@glaser-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*aka*
**Nellie Mondano (1)**

**Pending Counts**                                **Disposition**
------------------------

21:846 - CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE BASE

| 06/16/2003 | 23 | Sealed Document (Bell, Marie) (Entered: 06/17/2003) |
| --- | --- | --- |
| 07/18/2003 | 24 | Arrest Warrant Returned Executed on 8/10/99, as to Nellie Montano. (Tebo, Susan) (Entered: 07/22/2003) |
| 04/15/2004 | 26 | (Assented) MOTION For Appointment of Learned Immigration Counsel and for Additional Tme to Prepare for Disposition as to Nellie Montano. c/s . (Bell, Marie) (Entered: 04/22/2004) |
| 04/27/2004 |  | Judge William G. Young : ELECTRONIC ORDER entered granting 26 Motion to Appoint Counsel Lenore Glaser for Nellie Montano appointed. as to Nellie Montano (1); granting 26 Motion for Extension of Time as to Nellie Montano (1) (Smith, Bonnie) (Entered: 04/27/2004) |

### PACER Service Center

### Transaction Receipt

04/28/2004 11:33:20

| PACER Login: | ss0205 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Case Number: | 1:99-cr-10195-WGY |
| Billable Pages: | 3 | Cost: | 0.21 |