UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10042-JLT |
| | ) | |
| ELIOMAR ALVES | ) | |
| | ) | |

<u>JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE AND EXCLUDE TIME</u>

    The parties respectfully request a continuance of the Final Status Conference, currently scheduled for June 15, 2004.  As grounds for this motion, the parties state that they are actively negotiating a resolution to this case and the government expects to be providing the defendant with additional information in the next couple of weeks which is likely to affect the ultimate disposition of the case.  The requested continuance will provide defense counsel additional time to review the new information and meet with his client to discuss an early resolution to the case.

    In addition, for the above-stated reasons, the parties respectfully request that the time commencing on June 15, 2004, and concluding on the date set for Final Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

    For the above-stated reasons, the parties assert that a four-week continuance will allow for a more productive Final Status Conference.

    Further, both parties respectfully request, under 18 U.S.C.

§3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.


Respectfully submitted,              Respectfully submitted,

MICHAEL J. SULLIVAN                  ELIOMAR ALVES
United States Attorney,              By His Attorney,
By:


/s/ William H. Connolly              /s/ Max Stern (WHC)
WILLIAM H. CONNOLLY                  MAX STERN
Assistant U.S. Attorney              Counsel for defendant
(617)748-3174

DATE:     June 10, 2004