UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10042-JLT |
| ) | |
| ELIOMAR ALVES ) | |

### JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery, with the exception of expert witness materials should the case proceed to trial.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. At this time, the defendant does not anticipate filing any motions.

6. No schedules need be set.

7. The parties have discussed the possibility of an early resolution to the case. At this time, the parties expect a plea.

8. The parties hereby agree to the periods already excluded by order of this Court.

-2-

9. If required, the parties anticipate that trial should take not more than five to six trial days.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By:<br><br>*[signature]*<br><br>WILLIAM H. CONNOLLY<br>Assistant U.S. Attorney | ELIOMAR ALVES<br>By His Attorney,<br><br>*[signature]*<br><br>MAX STERN |

DATE:    July 15, 2004