# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2004-10042-JLT

ELIOMAR ALVES,
      Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

| | |
|---|---|
| 5/18 - 7/14/2004 - | Continuance granted so that the defendant's counsel could complete his review of materials furnished by the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial. |

7/15/2004 - Conference held.

Thus, as of July 16, 2004, SEVENTEEN (17) non-excludable days have occurred leaving FIFTY-THREE (53) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

*AS OF JULY 16, 2004, THE SPEEDY TRIAL ACT CLOCK IS RUNNING.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 15, 2004.