UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__United States of America__   CIVIL / CRIMINAL
    **Plaintiff**

          CASE NO. __04-cr-10042-JLT__

    **V.**

__Eliomar Alves__
    **Defendant**

## NOTICE

__Tauro, D.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for _____ __A Further Conference on October 5, 2004__ at __2:15__ P.M. before Judge __Joseph L. Tauro__ in Courtroom # __20__ on the __7th__ floor.

                                    **TONY ANASTAS,**
                                    **CLERK OF COURT**

__August 4, 2004__         By: __Kimberly M. Abaid__
    Date                             Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 7/99)                 [kntchrgcnf.]
                                                      [ntchrgcnf.]