UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
v.                               )   CRIMINAL NO. 04-10042-JLT
                                 )
ELIOMAR DEOLIVEIRA ALVES.        )
                                 )

## DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUT OF STATE

Defendant hereby requests leave to travel out of state between August 9 and August 31, 2004. In support, defendant says that:

1. He requests permission to travel to Newport, R.I. during this period in order to perform work as a painting contractor.

2. Defendant intends to live at home, in Brighton, Massachusetts, and commute to Newport, R.I. on a daily basis.

Respectfully submitted,

Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: August 4, 2004.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail on August 4, 2004.

Max D. Stern