UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10042-JLT |
| ELIOMAR ALVES | ) ) ) | |

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

    The parties respectfully request a continuance of the Status Conference currently scheduled for October 5, 2004.  As grounds for this motion, the parties state that the government anticipates providing the defendant with new information which may impact the disposition of the case.  The government expects to provide this information in the next two weeks.  It is expected that a continuance will provide the parties an opportunity to review the anticipated materials and discuss a possible resolution to the case.

    In addition, for the above-stated reasons, the parties respectfully request that the time from August 4, 2004, to the date set for the Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

    For the above-stated reasons, the parties assert that a continuance will allow for a more productive Status Conference.

    Further, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of

-1-

Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | ELIOMAR ALVES<br>By His Attorney, |
| /s/ William H. Connolly<br>WILLIAM H. CONNOLLY<br>Assistant U.S. Attorney<br>(617)748-3174 | /s/ Max Stern (WHC)<br>MAX STERN |

DATE:    October 4, 2004