```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )     Criminal No. 04-10042-JLT
                                    )
ELIOMAR ALVES                       )
                                    )
```

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The parties respectfully request a four-week continuance of the Status Conference currently scheduled for November 1, 2004. As grounds for this motion, the parties state that they are actively negotiating a resolution to this matter. It is expected that a continuance will provide the parties an opportunity to resolve this case short of trial.

In addition, for the above-stated reasons, the parties respectfully request that the time from November 1, 2004, to the date set for the Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

```
Respectfully submitted,          Respectfully submitted,

MICHAEL J. SULLIVAN              ELIOMAR ALVES
United States Attorney,          By His Attorney,
By:


/s/ William H. Connolly          /s/ Max Stern (WHC)
WILLIAM H. CONNOLLY              MAX STERN
Assistant U.S. Attorney
(617)748-3174

October 29, 2004
```

-1-

DATE:      October 4, 2004

DATE:      October 4, 2004