Lorena Alves
8 Falkland St.
Brighton, MA 02135
617-783-5027

November 28, 2005

The Honorable Joseph Tauro
United States District Judge
One Courthouse Way
Boston, MA 02110

    Re: Eliomar Alves

Dear Judge Tauro:

    I am writing this letter on behalf of the family of Eliomar Alves, who is going to be sentenced by you on Tuesday, November 29, 2005.

    I am 18 years old. I have lived with my mother and father for my whole life. I was born in Brazil and came to the United States when I was eight years old. We have lived in Brighton ever since.

    When I first came I spoke only Portuguese. I went to the James Otis School, in East Boston, a bi-lingual school. I was there for two years, and then entered the Garfield School, in Brighton, in the fourth grade. I went to the Thomas Edison middle school for one year. Then gained acceptance to the Boston Latin Academy, an exam school, where I am now a Senior. I have an "A" average. I am particularly interested in Math and Science, and have done well in languages as well, taking Latin and Spanish.

    Next year I hope to attend college. My long-term goal is to go to medical school, or pursue some other career in the sciences.

    My father is the most loving and supportive father one could have. We are a very close-knit family, and he is always there for my mother, myself, and, now, my little brother, Gustavo, who is six months old. He works very, very, hard but still always makes time to give us the help and attention we need. As the head of our family, he insists that I follow certain rules, but he always does it with kindness and patience. I have never had an argument with my father.

Every day since I enrolled in Latin Academy in the seventh grade, my father has driven me to school, in Roxbury (at 6:30 a.m.), and then picked me up (at 1:40 pm).

My mother relies on him for emotional support as well as for our economic needs. Now that we have a new brother, he takes care of the baby, too, when my mother has to be out and I am at school.

We have recently bought a house, in Brighton, and he is also working hard to fix it up.

If my father had to go away, I don't know how our family would be able to make it. At least it would be very, very hard on us.

I know that my father did something wrong. But I think that sending him away would be too great a punishment on him – and it would be severe punishment for the rest of the family as well.

This is not something that could ever happen again. I hope that you will consider setting a punishment which allows my father to stay with us at home.

Yours truly,

*[signature]*
Lorena Alves

William G. Hartford, Detective (ret)
Boston Police Department
1 Schroeder Plaza
Boston, MA 02120-2140


Honorable Joseph L. Tauro                                November 29, 2005
United States District Court
1 Court House Way
Boston, MA.
02110


Your Honor;

      I recently retired after 33 years of service as a Detective with the Boston Police Department. I investigated cases involving murder, rape, robberies, and drugs to blue collar crimes. I spent over 17 years with the Drug Control Unit and was assigned to a joint Federal Drug Task Force with the Drug Enforcement Administration, (D.E.A.), Boston Office, for over 7 years. During this time I worked closely with A.U.S.A.Oliver Mitchell and was sworn in as a Deputy U.S. Marshall, where I appeared and testified many times and was also granted arrest, search warrants and wire taps from Federal District courts in Miami , New York as well as Boston.

      This case involved a large scale Colombian Cartel from Cali, Colombia, responsible for the shipment of large amounts of cocaine through Miami and onto New York and Boston. The wiretaps and arrests ended with the seizure of over $2,000,000.00 in cash and assets as well as real estate from the group. Most of the targeted people received long sentences in the Federal System. The rest received shorter or probation.

      I believe my moral upbringing and over 33 years with the Boston Police gave me a high standard of judgement of people. One of my partners was Detective Joaquim (Joe) Cesar. Joe, emigrated from Brasil to the United States over 35 years ago and served in the U.S. Army for a few years. With that he became a Citizen and later joined the police. Through him I met Eliomar about 9 years ago. Through the years my friendship with Eliomar became one of a close relationship. Not only have we spent a lot of time together here in Boston, I have also travelled with him, his wife and daughter several times to his native state of Minas Gerais, Brasil. I met and stayed with many of his family and friends while visiting there. I was able to observe many sides of him not known to many of his other aquaintances, both here, as well as in Brasil.

      Over the years we have become dependant on being there for each other in time of need. I know he has fulfilled all of his requirements with probation as he awaits his sentencing. I believe it would be a real hardship for him, as well as his wife, daughter, and his new born son, if any incarceration is given. I know that there are guidelines to follow in the system. I am praying that probation falls within these guide lines. I will be present for him in the court this week as I have been throughout the past few months. I am hoping that this letter will help with his sentencing. I truly believe in him and know that he will become a first class Citizen.


                                                                   Thank You


                                                             William Hartford

The Honorable Joseph L. Tauro
United States District Judge
One Court Way
Boston, MA 02110


    I Valter Vitorino, owner of the restaurant Café Brazil for nineteen years.Thru this letter come to affirm that I know Eliomar Alves for more than fifteen years. Eliomar has been always a hard worker and he his always responsible with his duties. Eliomar is also a great example of a good father, he tries his best to be involved with his older daughter, Lorena Alves school work and help her out with anything that she needs. Eliomar is also a great father; he takes his daughter, Lorena Alves, to school everyday and picks her up, so she doesn't have to wake up at 5:30a.m. to take the bus. Eliomar has always encouraged his daughter to try her best in school so she could go to college and have a good career. He has worked hard to give the best to his kids. Since Eliomar is one of the first people to come to the United States from his small city in Brazil, he tries to reunite the other people from his city to raise money to help out different public things in his city, for example the hospital, nursing home, APAE and etc.
    From all this time that I known him I have never heard any one say anything bad about Eliomar, or even that he was a bad friend.
    Whit all these great things that I have told you about Eliomar Alves, I can also say that he is one of my best friends. If you have any question about anything that is written on this letter, please don't hesitate to contact me.


Sincerely,

Valter Vitorino
11/20/2005
(617)201-1192

November 23, 2005

The Honorable Joseph L. Tauro
United States District Judge
One Court Way
Boston, MA 02110

RE: Eliomar Alves

Dear Judge Tauro,

   I have known Eliomar Alves since 1994. He has done work for me and has become a good friend over the years. Eliomar has become the person that I can always call in an emergency. He is always willing to help and I can trust. I have also become close with his wonderful family. They are a very close loving family. He has been a good husband and father. I can only say that he is a man of good moral character. Please feel free to contact me with any questions. Thank you.

Sincerely,

Robert T. Cunningham
120 Perham Street
West Roxbury, MA 02132
(617)469-8454




[Mr. Cunningham is the principal of Great Places Realty
 2199 Commonwealth Ave., Brighton, MA  02135]

The Honorable Joseph L. Tauro
United States District Judge
One Court Way
Boston, MA 02110

      I Luciana Dos Santos, am writing this letter to inform you that I have known Eliomar Alves and his family for more than four years. They are good people, and since I met them, I have been going to their house daily. I love his kids, his daughter Lorena and the new baby in the family, Gustavo. Eliomar and his family are really nice to others around them. They always send donation to poor families to the city they are from in Brazil. They are the kind of friends that I could count on if I need any help.

      Sincerely,

      *Luciana Dos Santos*
      Luciana Dos Santos

The Honorable Joseph L. Tauro
United States District Judge
One Court Way
Boston, MA 02110

    All of us who are signing this letter would like to clarify who is Eliomar Alves. He is the kind of human being that likes to help out others. He always takes important roles in the events at his church in Allston, Saint Anthony. He always tried to help out in anything that he could.
    Eliomar Alves is the kind of person that always worked hard and always accomplished his duties. Whenever Eliomar saw that one of his friends were in need of any help, he tried his best to gather people to help out. Because of that he was helped when he needed the most. When he had to pay his bond of $20,000.00, he found friends that raised that money, and he paid them off when he could. Eliomar has been always a great father and husband.
    In all this time that we have known him; some ten years and others even more, we have never heard anything bad about him or his honesty.

                                                                Sincerely,

If you have any questions you can reach:

Genuino Rocha

Jose Santo

Job Edson Alves

Arahao Carvalho

Gilberto Damacena

Nelma Alves

Paulo Barros

Antonio Ferreira