Brother Michael Galvin, S.M.
Saint Anthony Rectory
43 Holton Street
Allston MA 02134-1304

28 November 2005

To Whom It May Concern:

    I wish to state here that in my capacity as Counselor for the Brazilian Community of Saint Anthony Parish in Allston, Massachusetts, I have been acquainted with
        ELIOMAR CARLOS DE OLIVEIRA ALVES of
        8 Falkland Street
        Brighton MA 02135
for more than three years. In my opinion he is an excellent person, - honest, generous, hardworking and reliable.
    He and his family have been regular participants in the liturgies and the activities of the Brazilian Community of Saint Anthony Parish and he has been very generous in donating his time and talents for the good of the entire community and for the benefit of innumerable individuals. He and his wife, Nelma, regularly volunteer to setup for the social hour that that follows each Mass by purchasing the materials, making the coffee and setting out the snacks and fruit juice for the community. His daughter, Lorena, has been a member of the parish Youth Group for the last several years. All of them have always been on hand to serve others or to work in the booths or stands at festivals or other gatherings of the community.
    Eliomar is known in the community as being even-tempered, hardworking, responsible, reliable and amiable. He has been a faithful and approachable friend to many in the community. He is respected and well-liked. I have no reason to call into question in any way his character or integrity.
    I believe that he is an excellent role model for his peers and for the young people in the community.
    If I can be of any further assistance, please contact me.
    I thank you for your attention.

Sincerely yours,

*Michael Galvin*

Brother Michael Galvin
Counselor, Brazilian Community - Saint Anthony Parish