UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
       v.                     )    CRIMINAL NO. 04-10042-JLT
                              )
ELIOMAR DEOLIVEIRA ALVES.     )
_____)

### DEFENDANT'S ASSENTED-TO MOTION FOR RETURN OF CASH BOND

The defendant moves for return of the cash bond in this case. In support thereof, he states that final judgment has been entered in the case and there has been no appeal by either party.

                                                Respectfully submitted,

                                                /s/ Max D. Stern
                                                Max D. Stern
                                                BBO NO. 479560
                                                Stern, Shapiro, Weissberg
                                                 & Garin, LLP
                                                 90 Canal Street, Suite 500
                                                 Boston, MA 02114-2022
                                                 (617) 742-5800

Assented to:

/s/ William Connolly
William Connolly
Assistant United States Attorney

Dated: February 13, 2006.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 2/13/2006.

/s/ Max D. Stern

G:\SSWG\ALVES\Return of cash bond motion.wpd