

```
                                                    FILED
                                                 CLERKS OFFICE

                                                2006 MAY 31  P 4: 46

                                                U.S. DISTRICT COURT
                                                 DISTRICT OF MASS.
```

# MEMORANDUM

**To:**     Honorable Joseph L. Tauro, U. S. District Judge

**From:**   Nicole L. Monteiro, U.S. Probation Officer

**Re:**     **Eliomar Carlos DeOliveira Alves**
            **Dkt. No.: 04-CR-10042-JLT**
            **REQUEST TO TRAVEL OUT OF THE COUNTRY**

**Date:** May 26, 2006

On November 29, 2005, the above-named individual appeared for sentencing before Your Honor following a plea of guilty to Transfer of False Documents. Your Honor sentenced the defendant to two years of probation with the following special condition:

> If ordered deported, the defendant is to leave the United States and is not to return
> without permission of the Secretary of the Department of Homeland Security.

This memorandum was prepared to notify the Court that Mr. DeOliveira Alves has requested to travel to Brazil. The Probation Department was notified by the Consulate of Brazil that they have no objections to him traveling to their country.

As the Court is aware, any foreign travel must be approved by the Court, therefore we respectfully request that you consider this travel request and kindly affix your signature below.

Thank you for your attention to this matter.

Reviewed by:                                        Submitted by:

_____                           _____
Jonathan E. Hurtig, Supervising                     Nicole L. Monteiro
U. S. Probation Officer                             U. S. Probation Officer

NLM:dmm

Travel request approved ✓                           Travel request denied _____

_____
Honorable Joseph L. Tauro,
U. S. District Court Judge       6/6/06